# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
MELINDA BREWER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melinda.Brewer@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DE'ANDRAI WRIGHT, and

DEEON HARRIS

Defendant.

Case No. 2:26-cr-00131-JAD-BNW

**Government's Motion to Unseal Indictment**

**(Filed Under Seal)**

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the United States respectfully requests that the Court unseal the indictment.

On July 1, 2026, an indictment was filed charging De'Andrai Wright and Deeon Harris with Conspiracy to Commit Interference with Commerce by Robbery, and Interference of Commer by Robbery. The court issued arrest warrants for both defendants and granted the government's request to seal the indictment.

Defendant Wright was arrested and made his initial appearance before this court on July 14, 2026. ECF No. 5. On July 27, 2026, Defendant Harris was arrested and made his initial appearance in the Central District of California. Because both defendants have now

been arrested, there is no longer cause to keep the indictment under seal, and the Government requests that the Court order the indictment unsealed.

DATED this 6th day of August, 2026.

Respectfully submitted,
TODD BLANCHE
ACTING ATTORNEY GENERAL
of the United States Attorney

*/s/ Melinda Brewer*
MELINDA BREWER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DE'ANDRAI WRIGHT, and

DEEON HARRIS

Defendant.

Case No. 2:26-cr-00131-JAD-BNW

**~~[Proposed]~~ Order Granting Government's**

**Motion to Unseal Indictment**

Based on the pending Motion of the Government, and good cause appearing, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the Indictment in the above-captioned case shall be unsealed.

DATED this 7th day of August, 2026.

HONORABLE BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE