**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>De'Andrai Wright,<br>Defendant. | Case No.: 2:26-cr-00131-JAD-BNW<br>**Order Setting Hearing** |

On October 27, 2026, Defendant filed a motion to modify his pretrial release conditions to allow him to travel out of this district between October 31 and November 4, 2026. Docket No. 27. The Court SETS a hearing on this motion for October 29, 2026, at 10:00 a.m., in Courtroom 3A. Defendant, his attorney, the assigned Assistant United States Attorney, and Defendant's Pretrial Services Officer must be present and prepared to answer the Court's questions.

IT IS SO ORDERED.

DATED: October 28, 2026.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE